UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KAREEM ALI,
a/k/a Kareem Ali-X and
Kareem Born Allah Ali X,,

    Petitioner,

v.                                CASE NO. 3:16cv88-MCR/CAS

STATE OF FLORIDA, and
JULIE L. JONES, Secretary,
Department of Corrections,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration on the Report and Recommendation of the magistrate judge dated October 27, 2017. ECF No. 38. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation, ECF No. 38, is adopted and incorporated by reference in this Order.

2.  The amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, ECF No. 14, is **DENIED**.

3.  A certificate of appealability is **DENIED** pursuant to Rule 11(a) of the Rules Governing § 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this 25th day of May 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**